UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DEREK RENE EDMONDS                                              PETITIONER

v.                                              CIVIL ACTION NO. 3:15-CV-00859-CRS

WARDEN AARON SMITH                                              RESPONDENT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Court **OVERRULES** the objections of Petitioner Derek Rene Edmonds to the magistrate judge's report and recommendation (DN 23). The Court **ADOPTS** the findings of fact, conclusions of law, and recommendations of the magistrate judge.

Additionally, **IT IS HEREBY ORDERED AND ADJUDGED** that the petition of Derek Rene Edmonds for a writ of habeas corpus under 28 U.S.C. § 2254 (DN 1) is **DENIED**.

Finally, **IT IS HEREBY ORDERED AND ADJUDGED** that the request for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

August 8, 2017

Charles R. Simpson III, Senior Judge
United States District Court

1